**MINUTE ENTRY**
**ROBY, M. J.**
**JULY 11, 2024**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VANESSA MOTTA** | **CIVIL ACTION** |
| **VERSUS** | **NO:  22-4248** |
| **QBE SPECIALTY INSURANCE COMPANY** | **SECTION: "H" (4)** |

A Settlement Conference was held on this date.  Participating were:  Vanessa Motta, John Norris representing the plaintiff and Nicholas Bergeron representing the defendants.  Negotiations were unsuccessful and a settlement was not reached.

**CLERK TO NOTIFY:**
**Judge Jane Triche Milazzo**

MJSTAR:  1:20